## Commonwealth *v.* Bruneio, Appellant.

Sub-

mitted June 21, 1971.  *Daniel E. Cohen,* for appellant; *Nicholas M. Zanakos,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.